IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOBSON, Richard Alexander Cabral**<br>A 078-149-039<br>3013 Military Road, NW<br>Washington, DC 20015<br><br>　　　　Plaintiff<br><br>v.<br><br>**Emilio Gonzales**, Director of United States<br>Citizenship and Immigration Services (USCIS)<br>**Greg Christian**, Director<br>USCIS Washington District Office<br>**Susan P. Dibbins**, Field Office Director<br>USCIS Washington District Office<br>**Michael Chertoff**, Secretary of the Department of<br>Homeland Security<br>**Robert S. Mueller, III**, Director of Federal Bureau<br>of Investigation<br><br>　　　　Defendants | Case No. _____<br><br>PETITION FOR HEARING ON<br>NATURALIZATION<br>APPLICATION UNDER<br>8 U.S.C § 1447(b) |

## PETITION FOR NATURALIZATION

　　COMES NOW Mr. Richard Alexander Cabral Hobson, the Plaintiff, by and through counsel, and for cause of action shown below, unto the Court avers as follows:

1.　　This action is brought for a hearing to decide Plaintiff's application for naturalization, due to the failure of the Defendants to make a decision within the 120-day period after the date on which the examination is conducted, in violation of Section 336(b) of the Immigration and Nationality Act (hereinafter the "INA") and 8 U.S.C. Section 1447(b).

## PARTIES

2. Plaintiff is domiciled in Washington, DC, since 2003. Plaintiff, who has filed Form N-400, Application for Naturalization, was interviewed regarding his application, by the Washington District Office of the United States Citizenship and Immigration Services (hereinafter "USCIS"), on August 2, 2005.

3. Defendants have failed to make a decision on the application within 120 days after the N-400 examination, wherefore Plaintiff brings this Petition for a hearing.

4. Defendant Michael Chertoff is the Secretary of Department of Homeland Security (DHS). He is generally charged with the administration and enforcement of the Immigration and Naturalization Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. *See* 8 U.S.C. § 1103(a)

5. Defendant Emilio Gonzales is the Director of the United States Citizenship and Immigration Services (hereinafter "USCIS"). Defendant Director is generally charged with the overall administration of benefits and immigration services.

6. Defendant Greg Christian is the Director of the USCIS Washington District Office, who is responsible for USCIS administration and enforcement (adjudication) of the Immigration and Nationality Act and all other laws relating to immigration and naturalization within his assigned geographic area, with certain exceptions not relevant here. *See* 8 C.F.R. §100.2(d)(2)(ii).

7. Defendant Susan P. Dibbins is the Field Office Director of the USCIS Washington District Office, who is responsible for all adjudications of the USCIS within her district, with certain exceptions not relevant here. *See* 8 C.F.R. §100.2(d)(2)(ii). As will be shown, Defendant Field Office Director is the official with whom Plaintiff's naturalization application remains pending.

8.      Defendant Robert S. Mueller, III is the Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances. As will be shown, Defendant Director has failed to complete the security clearance in Plaintiff's case.

## JURISDICTION

9.      Plaintiff was interviewed by the Washington District Office regarding his N-400, Application for Naturalization, on August 2, 2005. Jurisdiction in this case is proper under INA §336(b), 8 U.S.C. § 1447(b), and 28 U.S.C. §1331. Relief is requested pursuant to said statutes.

## VENUE

10.     Venue is proper in this Court pursuant to 8 U.S.C. §1447(b), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides, and 28 §U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities and does not involve real property, brought in the district where the Plaintiff resides.

## CAUSE OF ACTION

11.     Plaintiff is a lawful permanent resident in the United States since July 16, 2001. *See* Exhibit 1. He has also been married to and living with the same U.S. citizen, since November 1999, over eight and an half years.

12.     On July 26, 2004, Plaintiff filed Form N-400, Application for Naturalization, with the USCIS Vermont Service Center. Copy of the receipt notice is submitted as Exhibit 2.

13.     On August 2, 2005, Plaintiff was interviewed for his naturalization application at the USCIS Washington District Office. At the interview, Plaintiff passed the English test as well as the U.S. history and government test, both required for grant of U.S. citizenship.

14.     On at least four occasions, between December 2, 2005 and November 19, 2007, Plaintiff and his counsel have inquired about the status of the N-400 application with the USCIS

Washington District Office. Each time, the District Office has advised that the application was pending, awaiting the response to the required FBI Name Check.

15.     On or about March 3, 2008, Plaintiff, by and through undersigned counsel, sent a letter along with a draft complaint to the District Office where his N400 is being held and asked the Field District Director to make a decision to avoid federal litigation.

16.     As of the date of the instant filing, neither Plaintiff nor his counsel has received any response from the District Office.

17.     Significantly it will be three years on August 2, 2008 since Plaintiff's naturalization examination, at which he passed the tests that one is required to pass before citizenship can be granted. Nevertheless, Plaintiff's naturalization application remains unresolved. Plaintiff has, therefore, suffered irreparable harm.

18.     Plaintiff, who has no criminal record, has met all additional eligibility requirements for naturalization, including requirements for Residence, Attachment to the Principles of the Constitution, and Favorable Disposition to the United States, as required under Section 316 of the INA. Plaintiff has maintained good moral character for at least five years immediately preceding the date of filing his application, as required under INA Section 316(a). Finally, Plaintiff has resided continuously in the United States since being lawfully admitted for permanent residency, and has met the physical presence requirement for naturalization.

19.     The Defendants are unlawfully withholding action on Plaintiff's naturalization application and have failed to carry out the adjudicative functions delegated to the USCIS by law, with regard to Plaintiff's case.

## PRAYER

20. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear, and that the Honorable Court enter an order:

    a. adjudicating Plaintiff's naturalization application;

    b. in the alternative, requiring Defendants to immediately adjudicate Plaintiff's naturalization application;

    c. awarding Plaintiff reasonable attorney's fees and costs in this action, pursuant to the Equal Access to Justice Act; and

    d. granting such other relief at law and in equity as this Honorable Court might find just and proper.

Respectfully Submitted,

_____
Michael W. Lin, Esq.
*Counsel for Plaintiff*

BRAVERMAN & LIN, P.C.
4001 North Ninth Street, Suite 222
Arlington, Virginia 22203
Telephone: (703) 243-1474
Fax: (703) 243-1494
E-mail: ml@ocho.com

# EXHIBIT 1

**PERMANENT RESIDENT CARD**

NAME HOBSON, RICHARD A

A# 078-149-039

Birthdate          Category     Sex
04/19/73           PR           M

Country of Birth
Jamaica

CARD EXPIRES 08/23/15
Resident Since 07/16/01



```
C1USA078149039QEAC0523251886<<
7304198M1508237JAM<<<<<<<<<<<9
HOBSON<<RICHARD<A<<<<<<<<<<<<<
```



PERMANENT RESIDENT CARD

The person identified by this card is authorized to work and reside in the U.S.

UNITED STATES OF AMERICA    Department of Homeland Security

# EXHIBIT 2

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | | NOTICE DATE<br>June 21, 2005 |
|---|---|---|
| CASE TYPE<br>N400  Application For Naturalization | | INS A#<br>A 078 149 039 |
| APPLICATION NUMBER<br>ESC*001279331 | RECEIVED DATE<br>July 26, 2004 | PRIORITY DATE<br>July 26, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS:
RICHARD ALEXANDER CABRAL HOBSON
3013 MILITARY RD NW
WASHINGTON DC  20015

Please come to:
U.S.C.I.S.
2675 PROSPERITY AVENUE
2ND FLOOR
ROOM 200
FAIRFAX VA 22031
On (Date):  Tuesday, August 02, 2005
At (Time):  08:40 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above.  **Waiting room capacity is limited.  Please do not arrive any earlier than 30 minutes before your scheduled appointment time.**  The proceeding will take about two hours.  If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States.  You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.  You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
2ND FLOOR
2675 PROSPERITY AVENUE
FAIRFAX VA 22031-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



Form I-797C (Rev. 08/31/04) N

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Richard Alexander Cabral HOBSON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)
Washington, DC

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Michael W. Lin, BRAVERMAN & LIN, P.C.
4001 North 9th Street, Suite 222
Arlington, VA 22203 (703) 243-1474

## DEFENDANTS

Emilio GONZALES et. al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:08-cv-01374
Assigned To : Roberts, Richard W.
Assign. Date : 8/7/2008
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☒ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

| Real Property | Bankruptcy | Forfeiture/Penalty |  |
|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 422 Appeal 28 USC 158 | ☐ 610 Agriculture | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 220 Foreclosure | ☐ 423 Withdrawal 28 USC 157 | ☐ 620 Other Food &Drug | ☐ 480 Consumer Credit |
| ☐ 230 Rent, Lease & Ejectment |  | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 490 Cable/Satellite TV |
| ☐ 240 Torts to Land | Prisoner Petitions |  | ☐ 810 Selective Service |
| ☐ 245 Tort Product Liability | ☐ 535 Death Penalty | ☐ 630 Liquor Laws | ☐ 850 Securities/Commodities/Exchange |
| ☐ 290 All Other Real Property | ☐ 540 Mandamus & Other | ☐ 640 RR & Truck |  |
|  | ☐ 550 Civil Rights | ☐ 650 Airline Regs | ☐ 875 Customer Challenge 12 USC 3410 |
| Personal Property | ☐ 555 Prison Condition | ☐ 660 Occupational Safety/Health |  |
| ☐ 370 Other Fraud |  | ☐ 690 Other | ☐ 900 Appeal of fee determination under equal access to Justice |
| ☐ 371 Truth in Lending | Property Rights |  |  |
| ☐ 380 Other Personal Property Damage | ☐ 820 Copyrights |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 385 Property Damage Product Liability | ☐ 830 Patent | Other Statutes |  |
|  | ☐ 840 Trademark | ☐ 400 State Reapportionment | ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |
|  |  | ☐ 430 Banks & Banking |  |
|  | Federal Tax Suits | ☐ 450 Commerce/ICC Rates/etc. |  |
|  | ☐ 870 Taxes (US plaintiff or defendant |  |  |
|  | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 460 Deportation |  |

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
INA 336(b), 8 USC 1447(b), 28 USC 1331, 28 USC 1361. Defendants failed to timely adjudicate Plaintiff's application for naturalization.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ Attorney's fees and costs   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction) ☐ YES  ☒ NO   If yes, please complete related case form.

DATE  8-7-08   SIGNATURE OF ATTORNEY OF RECORD  7/29/08

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.